[No. 12034–4–I.   Division One.   May 7, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. BRENT
L. AUSTIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–00384–7, Robert E. Dixon, J., entered July 21, 1982. *Affirmed in part* and *remanded* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.

[No. 12302–5–I.   Division One.   May 7, 1984.]

*In the Matter of* J.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. MARY ANNE WATSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–7–00415–2, William C. Goodloe, J., entered September 3, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Corbett, A.C.J., and Callow, J.

[No. 12606–7–I.   Division One.   May 7, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD EUGENE STURDEVANT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–01421–1, Norman W. Quinn, J., entered October 22, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Durham, C.J., and Callow, J.